**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
Civil Minutes – Settlement Conference

Covington Civil No. **14-202-WOB-JGW**     at **COVINGTON**          **3/22/2016**

**Velox Transport v. Atlantic Specialty Insurance Company**

BEFORE: **HON. J. GREGORY WEHRMAN, MAGISTRATE JUDGE**

_____

     A settlement conference was held on March 22, 2016 with appearances by Michelle Burden, counsel for plaintiff Velox Transport and Gene F. Zipperle, counsel for defendant Atlantic Specialty Insurance Company. Although the parties were unable to reach a final settlement, progress was made with counsel requesting additional time to consult with their respective clients. Accordingly;

     **IT IS ORDERED** that on or before **MARCH 30, 2016** counsel shall inform the Court, either by email or phone, regarding their clients' position.

TIC: 3 hrs.