UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION – COVINGTON

| | | |
|---|---|---|
| VELOX TRANSPORT | ) | Case No. 2:14-cv-00202-WOB-JGW |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ATLANTIC SPECIALTY INSURANCE | ) | |
| COMPANY, ET AL | ) | |
| | ) | |
| DEFENDANTS | ) | |

## AGREED ORDER DISMISSAL

The Plaintiff, Velox Transport, and the Defendant, Atlantic Specialty Insurance Company, each by counsel:

IT IS HEREBY ORDERED that all claims of the Velox Transport against Atlantic Specialty Insurance Company are dismissed, with prejudice.

This is a final Order, and there is no just cause for delay.

_____          _____
DATE                                                                    JUDGE


HAVE SEEN AND AGREED TO:

*/s/ Jennifer K. Nordstrom*_____          */s/ Gene F. Zipperle (by email authority)*___
Jennifer K. Nordstrom                              GENE F. ZIPPERLE, JR.
Michelle L. Burden                                   EMILY H. BROOKS
Garvey Shearer Nordstrom, PSC              WARD, HOCKER & THORNTON, PLLC
300 Buttermilk Pike, Suite 336                 9300 Shelbyville Road, Suite 700
Ft. Mitchell, Kentucky 41017                     Louisville, Kentucky 40222
(513) 445-3373                                         (502) 583-7012
(866) 675-3676 (Fax)                               (502) 583-7018 (Fax)
jnordstrom@garveyshearer.com              GZipperle@whtlaw.com
mburden@garveyshearer.com                  Emily.Brooks@whtlaw.com
*Counsel for Plaintiff*                                *Counsel for Defendant*
*Velox Transport*                                       *Atlantic Specialty Insurance Company*