Eastern District of Kentucky
**F I L E D**

JUN 17 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION – COVINGTON

| | |
|---|---|
| VELOX TRANSPORT ) | Case No. 2:14-cv-00202-WOB-JGW |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | |
| ) | |
| ATLANTIC SPECIALTY INSURANCE ) | |
| COMPANY, ET AL ) | |
| ) | |
| DEFENDANTS ) | |

## AGREED ORDER DISMISSAL

The Plaintiff, Velox Transport, and the Defendant, Atlantic Specialty Insurance Company, each by counsel:

IT IS HEREBY ORDERED that all claims of the Velox Transport against Atlantic Specialty Insurance Company are dismissed, with prejudice.

This is a final Order, and there is no just cause for delay.

_6-17-16_  _William C. Bertelsman_
DATE                                         JUDGE

HAVE SEEN AND AGREED TO:

/s/ *Jennifer K. Nordstrom*
Jennifer K. Nordstrom
Michelle L. Burden
Garvey Shearer Nordstrom, PSC
300 Buttermilk Pike, Suite 336
Ft. Mitchell, Kentucky 41017
(513) 445-3373
(866) 675-3676 (Fax)
jnordstrom@garveyshearer.com
mburden@garveyshearer.com
*Counsel for Plaintiff*
*Velox Transport*

/s/ *Gene F. Zipperle (by email authority)*
GENE F. ZIPPERLE, JR.
EMILY H. BROOKS
WARD, HOCKER & THORNTON, PLLC
9300 Shelbyville Road, Suite 700
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
GZipperle@whtlaw.com
Emily.Brooks@whtlaw.com
*Counsel for Defendant*
*Atlantic Specialty Insurance Company*